# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOTEL INCORPORATED | § | Case No. 11-05765 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____      By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-05765  SQU  Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | Date Filed (f) or Converted (c): | 02/15/11 (f) |
| | | 341(a) Meeting Date: | 04/13/11 |
| For Period Ending: 05/07/12 | | Claims Bar Date: | 08/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account | 14,822.75 | 0.00 | | 16,200.00 | FA |
| 2. ACCOUNTS RECEIVABLE | 14,629.20 | 0.00 | | 6,348.25 | FA |
| 3. MACHINERY, FIXTURES, AND BUSINESS E | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.29 | Unknown |

TOTALS (Excluding Unknown Values)     $39,451.95     $0.00     $22,550.54     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

/s/     BRENDA PORTER HELMS, TRUSTEE
_____  Date: 05/07/12

BRENDA PORTER HELMS, TRUSTEE

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-05765 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5851 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0020 | | | |
| For Period Ending: | 05/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/11 | 2 | AT&T<br>P.O. Box 598014<br>Orlando FL 32859 | account receivable | 1121-000 | 276.43 | | 276.43 |
| 04/19/11 | 2 | US Vending Company LLC<br>21441 Pacific Blvd<br>Sterling VA 20166 | account receivable | 1121-000 | 12.56 | | 288.99 |
| 04/20/11 | 2 | Elizabeth Arden Spas<br>3822 E. University Dr. #5<br>Phoenix AZ 85034 | account receivable | 1121-000 | 50.93 | | 339.92 |
| 04/20/11 | 2 | Revlon<br>P.O. Box 6114<br>Oxford NC 27565 | account receivable | 1121-000 | 92.00 | | 431.92 |
| 04/20/11 | 2 | Prime Package & Label<br>11880 Borman Drive<br>St. Louis MO 63146 | account receivable | 1121-000 | 5,375.00 | | 5,806.92 |
| 04/20/11 | 2 | Master Control Systems Inc.<br>910 North Shore Drive<br>Lake Bluff IL 60044 | account receivable | 1121-000 | 109.36 | | 5,916.28 |
| 04/20/11 | 2 | Amitron Corp<br>2001 Landmeier Road<br>Elk Grove Village IL 60007 | account receivable | 1121-000 | 175.00 | | 6,091.28 |
| 04/20/11 | 1 | Fotel Inc.<br>1125 E. St. Charles Rd<br>Lombard IL 60148 | TO CLOSE ACCOUNT | 1129-000 | 16,200.00 | | 22,291.28 |
| 04/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 22,291.31 |
| 05/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 22,291.51 |
| 06/07/11 | 2 | Molex Inc.<br>2222 Welllington Court<br>Lisle IL 60532 | account receivable | 1121-000 | 55.00 | | 22,346.51 |

Page Subtotals     22,346.51     0.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-05765 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5851  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0020 | | | |
| For Period Ending: | 05/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/11 | 2 | Molex Inc<br>2222 Wellington Court<br>Lisle IL 60532 | account receivable | 1121-000 | 165.00 | | 22,511.51 |
| 06/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,511.69 |
| 07/26/11 | 2 | US Vending<br>21441 Pacific Blvd<br>Sterling VA 20166 | account receivable | 1121-000 | 6.97 | | 22,518.66 |
| 07/26/11 | 2 | Printomix<br>P.O. Box 19559<br>Irvine CA 92623 | account receivable | 1121-000 | 30.00 | | 22,548.66 |
| 07/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,548.85 |
| 08/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,549.04 |
| 09/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,549.23 |
| 10/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,549.42 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.73 | 22,520.69 |
| 11/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,520.88 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.77 | 22,493.11 |
| 12/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,493.29 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.73 | 22,465.56 |
| 01/31/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 22,465.76 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.46 | 22,436.30 |
| 02/29/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,436.48 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 29.69 | 22,406.79 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.67 | 22,380.12 |
| 03/30/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,380.30 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.52 | 22,352.78 |
| 04/30/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,352.97 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.40 | 22,324.57 |

Page Subtotals          204.03     225.97

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.06a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-05765 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5851 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0020 | | |
| For Period Ending: | 05/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 22,550.54 | 225.97 | 22,324.57 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 22,550.54 | 225.97 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 22,550.54 | 225.97 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******5851 | 22,550.54 | 225.97 | 22,324.57 |
| | 22,550.54 | 225.97 | 22,324.57 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 05/07/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals 0.00 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.06a

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-05765
Case Name: FOTEL INCORPORATED
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | American Chartered Bank | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT Technology Financing | $ | $ | $ |
| 2 | Datalogic Automation | $ | $ | $ |
| 3 | Thomas Net | $ | $ | $ |
| 4 | Fitch Even Tabin & Flannery | $ | $ | $ |
| 5 | Capital One Bank | $ | $ | $ |
| 6 | Hartford Fire Insurance Co | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*