# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOTEL INCORPORATED | § | Case No. 11-05765 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF COURT
    219 S. DEARBORN STREET
    CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/27/2012 in Courtroom 4016,
    DuPage Judicial Center
    505 N. County Farm Road
    Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/21/2012     By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
FOTEL INCORPORATED  §   Case No. 11-05765
        §
    Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 23,277.45 |
| and approved disbursements of | $ 225.97 |
| leaving a balance on hand of[1] | $ 23,051.48 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 8 | American Chartered Bank | $ 521,275.80 | $ 521,275.80 | $ 0.00 | $ 19,973.73 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 19,973.73 |
| Remaining Balance | $ 3,077.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,077.75 | $ 0.00 | $ 3,077.75 |
| Other: Intreanational Sureties Ltd. | $ 29.69 | $ 29.69 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,077.75 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,616.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT Technology Financing | $ 1,532.24 | $ 0.00 | $ 0.00 |
| 2 | Datalogic Automation | $ 3,435.96 | $ 0.00 | $ 0.00 |
| 3 | Thomas Net | $ 15,568.75 | $ 0.00 | $ 0.00 |
| 4 | Fitch Even Tabin & Flannery | $ 675.00 | $ 0.00 | $ 0.00 |
| 5 | Capital One Bank | $ 7,053.46 | $ 0.00 | $ 0.00 |
| 6 | Hartford Fire Insurance Co | $ 350.71 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-05765-DRC
Fotel Incorporated  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: mhenley  Page 1 of 3  Date Rcvd: Jun 21, 2012
    Form ID: pdf006  Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2012.
```
db          +Fotel Incorporated,    1125 E. St. Charles Road,    Lombard, Il 60148-2085
16816384     ADT Security,    PO Box 72849,    Pittsburgh, PA  15250
16816388    #+AT&T,   PO Box 8100,    Aurora, IL  60507-8100
16816385    +Aflac,    1932 Wynton Road,    Columbus, OH  31999-0002
16816386    +American Chartered Bank,    Fuchs & Roselli, Ltd,    440 West Randolph St., ste 500,
              Chicago, IL 60606-7211
16816387    +American Credit Systems,    400 W. Lake Street #111,    Roselle, IL  60172-3571
16959247    +CIT Technology Financing,    Services, Inc.,    1162 E Sonterra Blvd, Suite 130,
              San Antonio, TX 78258-4048
16816391    +CITEC,   PO Box 550599,    Jacksonville, IL 32255-0599
16816390    +Capital One,   PO Box 5294,    Carol Stream, IL  60197-5294
17601208     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
16816393    +Corbett Duncan And Hubly,    100 Pierce Road,    Itasca, IL  60143-2665
16816394    +Datalogic Automation,    3000 Earhart Court,    Hebron, KY 41048-8297
16816395    +Discount Labels,    4115 Profit Court,    New Albany, IN 47150-7207
16816397     FP Mailing Solutions,    Dba Home Plumbing & Heating,    140 N. MItchell Court #200,
              Chicago, IL  60603
17251788     Federal Express,    P O BOX 1140,    Memphis, TN
16816396    +Fitch, Even, Tabin & Flannery,    120 S. LaSalle ST., #1600,    Chicago, IL  60603-3590
17706918     Hartford Fire Insurance Company,    Bankruptcy Unit, T-I55,    Hartford Plaza,    Hartford, CT 06115
17706941     Hartford Fire Insurance Company,    Hartford Plaza,    Hartford, CT 06115
16816398    +Home Plumbing,    225 W. St. Charles,    Villa Park, IL 60181-2402
17251789    +Knoica Minolta,    5505 N. Cumberland #307,    Chicago, IL  60656-4761
16816383    +Law Offices of James M Kelly,    119 N Northwest Highway,    Palatine, IL  60067-5324
16816400     Loss Mitigation Services,    925 S. Hwt 19 & 24,    Paris, TX  75462
16816401    +National Graphic Supply,    PO Box 745,    Rancho Cucamonga, CA 91729-0745
16816403    +Principal Life Insurance,    3025 College Street,    Grand Island, NE 68803-1700
17251790    +Roscoe,    3535 West Harrison,    Chicago, IL 60624-3705
16816404    +Small Business Association,    2921 Greenbriar Drive, Suite C,    Springfield, IL 62704-6440
16816405    +Thomas Net,    5 Penn Plaza,    New York, NY  10001-1860
16816406    +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16816388    +E-mail/Text: g17768@att.com Jun 22 2012 00:33:35     AT&T,    PO Box 8100,    Aurora, IL  60507-8100
17251787    +E-mail/Text: mcampbell@championenergyservices.com Jun 22 2012 00:36:13
              Champion Energy Services,    13831 Northwest Freeway, Suite 500,    Houston, TX 77040-5225
16816392    +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Jun 22 2012 00:36:55     Comcast Cable,
              155 Industrial Drive,    Elmhurst, IL 60126-1618
16816399    +E-mail/Text: jdewig@imprint-e.com Jun 22 2012 00:32:06     Imprint Enterprises,
              555 North Commons Drive,    Aurora, IL 60504-4112
16816402    +E-mail/Text: bankruptcy@paetec.com Jun 22 2012 00:34:03     Paetec,    600 Willowbrook Office Park,
              Fairport, NY 14450-4233
                                                                                              TOTAL: 5
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16816382*   +Fotel Incorporated,    1125 E St Charles Road,    Lombard, IL 60148-2085
16816389   ##+Blue Star,    24 Spiral Drive,    Florence, KY 41042-1300
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mhenley              Page 2 of 3              Date Rcvd: Jun 21, 2012
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**             **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 3 of 3              Date Rcvd: Jun 21, 2012
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2012 at the address(es) listed below:
              Brenda Porter Helms    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
              J. Matthew Pfeiffer    on behalf of Creditor  American Chartered Bank mpfeiffer@frltd.com
              James M Kelly    on behalf of Debtor  Fotel Incorporated jkellylaw94@yahoo.com
              Leah  Wardak    on behalf of Creditor  American Chartered Bank lwardak@frltd.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5