UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FOTEL INCORPORATED § Case No. 11-05765
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Chartered Bank |  |  |  |  |  |
|  | Small Business Association |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICAN CHARTERED BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security | | | | | |
| | AFLAC | | | | | |
| | AT&T | | | | | |
| | AT&T | | | | | |
| | American Credit Systems | | | | | |
| | Blue Star | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITEC | | | | | |
| | Capital One | | | | | |
| | Champion Energy Services | | | | | |
| | Comcast Cable | | | | | |
| | Corbett Duncan & Hubly | | | | | |
| | Discount Labels | | | | | |
| | FP Mailing Solutions | | | | | |
| | Fed Ex | | | | | |
| | Home Plumbing | | | | | |
| | Imprint Enterprises | | | | | |
| | Konica Minolta | | | | | |
| | Loss Mitigation Services | | | | | |
| | National Graphic Supply | | | | | |
| | Paetec | | | | | |
| | Principal Life Insurance | | | | | |
| | Roscoe | | | | | |
| | ThomasNet | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | UPS |  |  |  |  |  |
| 2 | AUTOMATION, DATALOGIC |  |  |  |  |  |
| 5 | CAPITAL ONE BANK |  |  |  |  |  |
| 1 | FINANCING, CIT TECHNOLOGY |  |  |  |  |  |
| 4 | FITCH EVEN TABIN & FLANNERY |  |  |  |  |  |
| 6 | HARTFORD FIRE INSURANCE CO |  |  |  |  |  |
| 7 | HARTFORD FIRE INSURANCE CO |  |  |  |  |  |
| 3 | NET, THOMAS |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-05765 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | | Date Filed (f) or Converted (c): | 02/15/11 (f) |
| | | | 341(a) Meeting Date: | 04/13/11 |
| For Period Ending: | 09/12/12 | | Claims Bar Date: | 08/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account | 14,822.75 | 0.00 | | 16,200.00 | FA |
| 2. ACCOUNTS RECEIVABLE | 14,629.20 | 0.00 | | 6,348.25 | FA |
| 3. MACHINERY, FIXTURES, AND BUSINESS E | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.83 | Unknown |
| 5. insurance refund (u) | Unknown | 0.00 | | 726.72 | 0.00 |

TOTALS (Excluding Unknown Values)        $39,451.95        $0.00        $23,277.80        Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1                                                                                                            Ver: 16.06f

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-05765 -SQU |
| Case Name: | FOTEL INCORPORATED |
| Taxpayer ID No: | *******0020 |
| For Period Ending: | 09/12/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5851  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/19/11 | | AT&T<br>P.O. Box 598014<br>Orlando FL 32859 | account receivable | 276.43 | | | | | 276.43 |
| 04/19/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $276.43 | | | | | | 276.43 |
| 04/19/11 | | US Vending Company LLC<br>21441 Pacific Blvd<br>Sterling VA 20166 | account receivable | 12.56 | | | | | 288.99 |
| 04/19/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $12.56 | | | | | | 288.99 |
| 04/20/11 | | Elizabeth Arden Spas<br>3822 E. University Dr. #5<br>Phoenix AZ 85034 | account receivable | 50.93 | | | | | 339.92 |
| 04/20/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $50.93 | | | | | | 339.92 |
| 04/20/11 | | Revlon<br>P.O. Box 6114<br>Oxford NC 27565 | account receivable | 92.00 | | | | | 431.92 |
| 04/20/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $92.00 | | | | | | 431.92 |
| 04/20/11 | | Prime Package & Label<br>11880 Borman Drive<br>St. Louis MO 63146 | account receivable | 5,375.00 | | | | | 5,806.92 |
| 04/20/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $5,375.00 | | | | | | 5,806.92 |
| 04/20/11 | | Master Control Systems Inc.<br>910 North Shore Drive<br>Lake Bluff IL 60044 | account receivable | 109.36 | | | | | 5,916.28 |
| 04/20/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $109.36 | | | | | | 5,916.28 |
| 04/20/11 | | Amitron Corp<br>2001 Landmeier Road<br>Elk Grove Village IL 60007 | account receivable | 175.00 | | | | | 6,091.28 |
| 04/20/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $175.00 | | | | | | 6,091.28 |
| 04/20/11 | | Fotel Inc.<br>1125 E. St. Charles Rd<br>Lombard IL 60148 | TO CLOSE ACCOUNT | 16,200.00 | | | | | 22,291.28 |

Case 11-05765 Doc 45 Filed 10/02/12 Entered 10/02/12 08:37:57 Desc Main
Document Page 10 of 13

FORM 2                                                                                                                    Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05765 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5851 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0020 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 04/20/11 | 1 | Asset Sales Memo: | checking account $16,200.00 | | | | | | 22,291.28 |
| 04/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.03 | | | | 22,291.31 |
| 05/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.20 | | | | 22,291.51 |
| 06/07/11 | | Molex Inc. 2222 Welllington Court Lisle IL 60532 | account receivable | 55.00 | | | | | 22,346.51 |
| 06/07/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $55.00 | | | | | | 22,346.51 |
| 06/07/11 | | Molex Inc 2222 Wellington Court Lisle IL 60532 | account receivable | 165.00 | | | | | 22,511.51 |
| 06/07/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $165.00 | | | | | | 22,511.51 |
| 06/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.18 | | | | 22,511.69 |
| 07/26/11 | | US Vending 21441 Pacific Blvd Sterling VA 20166 | account receivable | 6.97 | | | | | 22,518.66 |
| 07/26/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $6.97 | | | | | | 22,518.66 |
| 07/26/11 | | Printomix P.O. Box 19559 Irvine CA 92623 | account receivable | 30.00 | | | | | 22,548.66 |
| 07/26/11 | 2 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $30.00 | | | | | | 22,548.66 |
| 07/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.19 | | | | 22,548.85 |
| 08/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.19 | | | | 22,549.04 |
| 09/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.19 | | | | 22,549.23 |
| 10/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.19 | | | | 22,549.42 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -28.73 | | 22,520.69 |
| 11/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.19 | | | | 22,520.88 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -27.77 | | 22,493.11 |
| 12/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.18 | | | | 22,493.29 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -27.73 | | 22,465.56 |
| 01/31/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.20 | | | | 22,465.76 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -29.46 | | 22,436.30 |

LFORM2XT
UST Form 101-7-TDR (5/1/2011) (Page: 10)                                                                   Ver: 16.06f

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05765 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5851  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0020 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 02/29/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.18 | | | | 22,436.48 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | | | 29.69 | | | 22,406.79 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -26.67 | | 22,380.12 |
| 03/30/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.18 | | | | 22,380.30 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -27.52 | | 22,352.78 |
| 04/30/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.19 | | | | 22,352.97 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -28.40 | | 22,324.57 |
| 05/31/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.19 | | | | 22,324.76 |
| 06/20/12 | | Hartford Fire Inurance Co Hartford CT | insurance refund | 726.72 | | | | | 23,051.48 |
| 06/20/12 | 5 | Asset Sales Memo: | insurance refund  $726.72 | | | | | | 23,051.48 |
| 06/29/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.18 | | | | 23,051.66 |
| 07/27/12 | 4 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.17 | | | | 23,051.83 |
| 07/27/12 | | Transfer to Acct #*******8620 | Final Posting Transfer | | | | | -23,051.83 | 0.00 |

| Account *******5851 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 13 | Deposits | 23,274.97 | 1 | Checks | 29.69 |
| | 16 | Interest Postings | 2.83 | 7 | Adjustments Out | 196.28 |
| | | | | 1 | Transfers Out | 23,051.83 |
| | | Subtotal | $ 23,277.80 | | | |
| | | | | | Total | $ 23,277.80 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 23,277.80 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 16.06f

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 11-05765 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8620  Checking - Non Interest |
| Taxpayer ID No: | *******0020 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/27/12 | | Transfer from Acct #*******5851 | Transfer In From MMA Account | | | | | 23,051.83 | 23,051.83 |
| 07/27/12 | 001001 | Brenda Porter Helms | TRUSTEE FEE | | | 3,005.05 | | | 20,046.78 |
| 07/27/12 | 001002 | American Chartered Bank<br>Fuchs & Roselli<br>440 W. Randloph St. #500<br>Chicago IL 60606 | final distribution | | | 20,046.78 | | | 0.00 |

|  | Account *******8620 | Balance Forward | 0.00 | | |
|---|---|---|---|---|---|
|  | 0 | Deposits | 0.00 | 2 Checks | 23,051.83 |
|  | 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
|  | | | | 0 Transfers Out | 0.00 |
|  | | Subtotal | $ 0.00 | | |
|  | | | | Total | $ 23,051.83 |
|  | 0 | Adjustments In | 0.00 | | |
|  | 1 | Transfers In | 23,051.83 | | |
|  | | Total | $ 23,051.83 | | |

| Report Totals | | Balance Forward | 0.00 | | |
|---|---|---|---|---|---|
| | 13 | Deposits | 23,274.97 | 3 Checks | 23,081.52 |
| | 16 | Interest Postings | 2.83 | 7 Adjustments Out | 196.28 |
| | | | | 1 Transfers Out | 23,051.83 |
| | | Subtotal | $ 23,277.80 | | |
| | | | | Total | $ 46,329.63 |
| | 0 | Adjustments In | 0.00 | | |
| | 1 | Transfers In | 23,051.83 | | |
| | | Total | $ 46,329.63 | Net Total Balance | $ 0.00 |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 09/12/12

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06f

Page: 5

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-05765 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FOTEL INCORPORATED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8620 Checking - Non Interest |
| Taxpayer ID No: | *******0020 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

BRENDA PORTER HELMS, TRUSTEE